UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 08-36297
TRACY L. NOGLE | (Chapter 13)

Debtor | JUDGE GUY R. HUMPHREY

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4005616**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 25 | US BANK/WELLS FARGO BANK<br>1 HOME CAMPUS<br>BANKRUPTCY PYMT  MAC#2302-04C<br>DES MOINES, IA  50328 | 71.85 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/26/2010

Certificate of Service   08-36297

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TRACY L. NOGLE
646 BRUBAKER DRIVE
DAYTON, OH  45429

SCOTT A KRAMER
2275 MIAMISBURG-CENTERVILLE RD
SUITE 400
DAYTON, OH  45459

(20.1n)
CAPITAL RECOVERY II
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131

(19.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(17.1n)
EDWARD A BAILEY
REIMER LORBER & ARNOVITZ
BOX 968
TWINSBURG, OH  44087

(21.1n)
RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

(16.1n)
STEVE FRANKS
PO BOX 968
TWINSBURG, OH  44087

(25.3)
STEVEN H PATTERSON
BOX 5480
CINCINNATI, OH  45201

(25.1)
US BANK/WELLS FARGO BANK
1 HOME CAMPUS
BANKRUPTCY PYMT  MAC#2302-04C
DES MOINES, IA  50328

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner       cs

0836297_42_20100326_0825_278/T317_cs
###